UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD ACHER,<br><br>  Plaintiff,<br><br>v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No:<br>)<br>)<br>) 03 12099 PBS<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 10.1, Defendant Fujitsu Network Communications, Inc. ("Fujitsu") submits the following corporate disclosure statement.

At the present time, Fujitsu is wholly owned by Fujitsu Limited in Japan. If necessary, Fujitsu will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and Local Rule 10.1.

            Respectfully submitted,
            FUJITSU NETWORK COMMUNICATIONS, INC.

            By its attorneys,

            _____
            Barry A. Guryan, BBO # 214920
            Jeffrey M. Rosin, BBO #629216
            Epstein Becker & Green, P.C.
            111 Huntington Avenue
            Boston, MA 02199
            (617) 342-4000

Dated: October 29, 2003

BO:110862v1

- 2 -

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify on this 29th day of October, 2003, that I served a copy of this Corporate Disclosure Statement by First Class Mail to counsel for Plaintiff:

    Gary H. Goldberg, Esq.
    120 Main Street
    Worcester, MA 01608
    (508) 797-1018

_____
Jeffrey M. Rosin