UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.:  Civil Action No. 03 12099 PBS

DONALD ACHER,
        Plaintiff,

v.

FUJITSU NETWORK COMMUNICATIONS, INC.
        Defendant.

## MOTION FOR CHANGE IN VENUE

NOW HERE COMES the Plaintiff, Donald Acher, who respectfully requests this Honorable Court to transfer this complaint to the District Court in Worcester, Massachusetts. In support thereof, Plaintiff states as follows:

1. Plaintiff filed the original complaint in Worcester Superior Court on or about October 17, 2003.

2. Plaintiff resides in Southboro, while the Defendant, Fujitsu Network Communications, Inc., Plaintiff's former employer, has a place of business in Marlboro, Massachusetts. Both areas fall within the central division of the district of Massachusetts.

3. The Defendants removed the matter from the Worcester Superior Court to the District Court in Boston on October 29, 2003. In removing the complaint, Defendants acknowledged that both parties reside within the same division in Massachusetts and identified central division as the appropriate region.



WHEREFORE, in accordance with the District Court's Local Rule 40.1(C) and (D), since all parties reside in the central division, Plaintiff respectfully requests this Honorable Court to transfer the complaint to the District Court in Worcester, Massachusetts.

                                      Plaintiff, Donald Acher
                                      by his attorney

                                      Gary H. Goldberg
                                      120 Main Street
                                      Worcester, MA 01608
                                      (508)797-1018
                                      BBO #: 553887

Dated: November 6, 2003

## CERTIFICATE OF SERVICE

I, Gary H. Goldberg, hereby certify that on this 6th day of November, 2003, I filed an original of the Motion for Change of Venue with the U.S. District Court, United States Courthouse, 1 Courthouse Way, Boston, MA 02110 by first class mail, and forwarded a copy of this Motion for Change of Venue by first class mail to counsel for Defendant:

Jeffrey M. Rosin, Esq.
Epstein, Becker & Green, P.C.
111 Huntington Avenue
26th Floor
Boston, MA 02199

                                      Gary H. Goldberg, Esq.