UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD ACHER <br><br> *Plaintiff*, <br> v. <br><br> FUJITSU NETWORK COMMUNICATIONS, INC. <br><br> *Defendant*. | NO. 03 Civ. 12099 (PBS) |

## LOCAL RULE 7.1 STATEMENT

Pursuant to Local Civil Rule 7.1, counsel for defendant, Fujitsu Network Communications, Inc., hereby certifies that it has conferred with counsel for plaintiff, Donald Acher, but has been unable to resolve or narrow the issues in dispute.

Respectfully submitted,

FUJITSU NETWORK COMMUNICATIONS, INC.
By its attorneys,

Barry A. Guryan, BBO #214920
Jeffrey M. Rosin, BBO #629216
Epstein, Becker & Green, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: November 5, 2003

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify on this 5th day of November 2003, that I served a copy of this pleading by First Class Mail to counsel for the plaintiff, Gary H. Goldberg, Esq., 120 Main Street, Worcester, Massachusetts 01608, (508) 797-1018.

Jeffrey M. Rosin