UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

Acher, _____

        V.        CA/CR No. ___03-12099___

Fujitsu Network, _____    Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Swartwood for the following proceedings:

☐    (A)    Referred for full pretrial case management, including all dispositive motions.

☐    (B)    Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐    (C)    Referred for discovery purposes only.

        (D)    Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
                See Documents Numbered: _____

X    (E)    Case referred for events only. See Doc. No(s). ___5___

☐    (F)    Case referred for settlement.

☐    (G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
            ( ) In accordance with Rule 53, F.R.Civ.P.
            ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

        (H)    Special Instructions: _____

___5/27/04___                                      By: /s/ Martin Castles
Date                                              Deputy Clerk

(Order of Reference Revised.wpd - 12/98)                                [oref., koref.]