UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD ACHER,<br><br>    *Plaintiff*,<br>v.<br><br>FUJITSU NETWORK COMMUNICATIONS, INC.<br><br>    *Defendant*. | CIVIL ACTION NO. 03-12099 (FDS) |

## NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, in the above-matter, effective February 1, 2005, Attorneys Barry A. Guryan and Jeffrey M. Rosin, counsel for the Defendant, Fujitsu Network Communications, Inc., will have a new address:

>Barry A. Guryan
>Jeffrey M. Rosin
>Foley & Lardner, LLP
>111 Huntington Avenue
>Boston, MA 02199
>(617) 342-4076

                                                    Respectfully submitted,

                                                    FUJITSU NETWORK
                                                    COMMUNICATIONS, INC.

                                                    By its attorneys,

                                                    Barry A. Guryan, BBO #214920
                                                    Jeffrey M. Rosin, BBO #629216
                                                    FOLEY & LARDNER, LLP
                                                    111 Huntington Avenue
                                                    Boston, MA 02199
                                                    (617) 342-4000

Dated: January 26, 2005

## CERTIFICATE OF SERVICE

I, Jeffrey M. Rosin, hereby certify that, on this 26th day of January, 2005, I served a copy of this Notice by First Class Mail upon counsel for plaintiff:

Gary H. Goldberg, Esq.
Attorney at Law
120 Main Street
Worcester, Massachusetts 01608
(508) 797-1018

_____
Jeffrey M. Rosin