UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WORCESTER, SS.:                                        Civil Action No. 03 12099 FDS

---

DONALD ACHER,
        Plaintiff,

v.

FUJITSU NETWORK COMMUNICATIONS, INC.
        Defendant.

---

### PLAINTIFF'S CERTIFICATION PURSUANT TO RULE 16.1(D)(3)

Plaintiff, Donald Acher, hereby certifies that he has conferred with counsel with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - for the litigation including considering the resolution of the litigation through the use of alternative dispute resolution programs.

                                            Respectfully submitted,
                                            Donald Acher, by his attorney

                                            _____
                                            GARY H. GOLDBERG, ESQ.
                                            120 Main Street
                                            Worcester, MA 01608
                                            (508) 797-1018
                                            BBO #553 887

                                            _____
                                            DONALD ACHER