UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD ACHER, <br><br> *Plaintiff,* <br> v. <br><br> FUJITSU NETWORK COMMUNICATIONS, INC. <br><br> *Defendant.* | ) ) ) ) ) ) CIVIL ACTION NO. 03-12099 (FDS) ) ) ) ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, Donald Acher, and defendant, Fujitsu Network Communications, Inc., hereby stipulate to the dismissal of the above-captioned action with prejudice, all rights of appeal waived and each party to bear its own legal fees, costs and expenses.

Respectfully submitted this 27th day of May, 2005.

DONALD ACHER

By his attorney,

Gary H. Goldberg, BBO # 553887
LAW OFFICES OF GARY H. GOLDBERG
120 Main Street
Worcester, MA 01608
(508) 797-1018

FUJITSU NETWORK
COMMUNICATIONS, INC.

By its attorneys,

Barry A. Guryan, BBO # 214920
Jeffrey M. Rosin, BBO # 629216
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000